# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ALICIA OUSLEY,**

    Plaintiff,                    :     Case No. 2:19-cv-1744

   -vs-                           Judge Sarah D. Morrison
                                Magistrate Judge Kimberly A. Jolson

**CG CONSULTING, LLC,** *et al.***,**
                                   :

    Defendants.

## ORDER

On December 23, 2020, the Court held a telephone status conference with the parties to address Plaintiff's Motion to Show Cause for Defendants' Failure to Comply with the Court's Order (ECF No. 63). For the reasons discussed, Plaintiff's Motion is **GRANTED** in part and **DENIED** in part. Defendants are **ORDERED** to produce the complete FLSA Class List as delineated in Plaintiff's Motion for Conditional Class Certification (ECF No. 54). The remainder of Plaintiff's requested relief is **DENIED** without prejudice to refiling if Defendants fail to comply with this Order or any opt-in plaintiffs are damaged by Defendants' delay.

    **IT IS SO ORDERED.**

                                               **/s/ Sarah D. Morrison**
                                               **SARAH D. MORRISON**
                                               **UNITED STATES DISTRICT JUDGE**