# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Alicia Ousley,

        Plaintiff,    :   Case No. 2:19-cv-1744

  - vs -                            Judge Sarah D. Morrison
                                    Magistrate Judge Kimberly A. Jolson
CG Consulting, LLC, *et al*.,

                                 :

        Defendants.

## ORDER

    This matter is before the Court for consideration of a Report and Recommendation issued by Magistrate Judge Kimberly A. Jolson on July 1, 2021. (ECF No. 78.) The time for filing objections has passed, and no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, Plaintiff's Motion for Leave to File Third Amended Complaint (ECF No. 74) is **GRANTED** in part and **DENIED** in part. Plaintiff is **ORDERED** to file a Third Amended Complaint seven (7) days from the date of this Order, omitting Counts XI, XII—or any claim arising under O.R.C. §§ 4113.15, 4111.03. Further, the parties are **ORDERED** to submit a revised case schedule within fourteen (14) days from the date of adoption, setting forth revised deadlines relating to discovery, Rule 23 Class Certification, and dispositive motions.

    **IT IS SO ORDERED.**

                                                     s/ Sarah D. Morrison
                                                   **SARAH D. MORRISON**
                                                   **UNITED STATES DISTRICT JUDGE**