AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

Alicia Ousley )
_Plaintiff_ )
 )
v. )  Civil Action No.  2:19-cv-1744
 )
CG Consulting, LLC et al. and Jose Conseco )
_Defendant_ )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

☐ the plaintiff _(name)_ _____ recover from the
defendant _(name)_ _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____
_____ recover costs from the plaintiff _(name)_ _____
_____ .

☒ other:  The jury verdict returned in favor of plaintiff Ousley on claims 1, 3, 4, and 6. The jury verdict returned in favor of
defendant CG Consulting on claim 2. The jury verdict returned in favor of defendant Jose Conseco on claim 5, 7, and
8. Plaintiff Ousley is awarded $50,000 in compensatory damages. Plaintiff Ousley is awarded punitive damages of
$20,000 against defendant CG Consulting, LLC.
_____ .

This action was _(check one)_:

☒ tried by a jury with Judge _____ Sarah D. Morrison _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☐ decided by Judge _____ on a motion for _____
.
_____ .

Date: _____ 09/15/2023 _____

CLERK OF COURT

s/Maria Rossi Cook
_____
_Signature of Clerk or Deputy Clerk_